# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE: HARRIET VIRGINIA
MASTRIANNI; and VINCENT ROBERT
MASTRIANNI,

        Debtors.　　　　　　　　　　　Bankr. Case No. 6:14-bk-09153

_____

BANK OF AMERICA, N.A.,

        Appellant,

v.　　　　　　　　　　　　　　　　Case No. 6:14-cv-1981-Orl-37

VINCENT ROBERT MASTRIANNI; and
HARRIET MASTRIANNI,

        Appellees.

_____

## ORDER

This cause is before the Court on Motion and Memorandum of Law for Summary Affirmance Subject to Appellate Review (Doc. 6), filed by Appellant Bank of America, N.A. Upon consideration, the Court finds that U.S. Bankruptcy Judge Karen S. Jenneman's Order dated November 6, 2014, which granted the Debtors' Motion to Strip Lien of Appellant and held that Appellant's claim would be treated as "a general unsecured claim" is due to be summarily affirmed in accordance with *In re McNeal*, 735 F.3d 1263, 1266 (11th Cir. 2012).

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. Motion and Memorandum of Law for Summary Affirmance Subject to Appellate Review (Doc. 6) is **GRANTED**.

2. The Order Granting Motion to Strip Lien of Bank of America, N.A. entered

on November 6, 2014, in Bankruptcy Case No. 6:14:-bk-09153 is **AFFIRMED**.

3. The Clerk is directed to **CLOSE** this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 30, 2014.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record

U.S. Bankruptcy Judge Karen S. Jenneman